**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**SAMUEL MACAUTHUR ROYSTER, JR.,**

**Plaintiff,**

**v.** **Case No. 5:25cv22-MCR/MJF**

**MANAGEMENT TRAINING CENTER, et al.,**

**Defendants.**

______________________________/

**ORDER**

The Magistrate Judge issued a Report and Recommendation dated March 4, 2026, ECF No. 29. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 29, is adopted and incorporated by reference in this order.

2. This action is **DISMISSED without prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii)-(iii) and 1915A(b)(1)-(2), for failure to state a plausible claim for relief and for seeking damages from a defendant who is immune from such relief.

3. The Clerk of Court is directed to close the case file

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**